IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE A. SU, *Acting Secretary of Labor, United States Department of Labor*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:24-cv-325-ECM ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Now pending before the Court are a motion to dismiss by Defendant Hyundai Motor Manufacturing Alabama, LLC, (doc. 14), a motion to dismiss by Defendant Best Practice Service, LLC, (doc. 16), and a motion to dismiss by Defendant Smart Alabama, LLC (doc. 18). On September 23, 2024, Acting Secretary of Labor Julie A. Su filed an amended complaint. (Doc. 37). The motions to dismiss are now moot in light of the filing of the amended complaint. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motions to dismiss (docs. 14, 16, 18) are DENIED as moot.

Done this 24th day of September, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE