IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIE A. SU,<br>**Acting Secretary of Labor, United States Department of Labor,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, SMART ALABAMA, LLC, and BEST PRACTICE SERVICE, LLC,**<br><br>*Defendants.* | Civil Action No.<br>2:24-cv-00325-ECM-SMD |

### DEFENDANT HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE

Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") respectfully moves the Court to dismiss Plaintiff Julie A. Su's claims under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6). Alternatively, pursuant to Fed. R. Civ. P. 12(f), the Court should strike Su's vague allegations of additional, unspecified violations of the Fair Labor Standards Act of 1938 ("FLSA").

For the reasons more fully set out in HMMA's contemporaneously filed brief, HMMA is entitled to the relief on the following grounds:

1

*First*, the Court should dismiss Su's claims for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) because Su has failed to make allegations to establish a sufficient likelihood of future injury and therefore lacks standing to seek prospective relief.

*Second*, the Court should dismiss Su's claims against HMMA pursuant to Rule 12(b)(6) because Su failed to sufficiently plead that HMMA knew or should have known that underage workers were employed as required under 29 U.S.C. § 212(c).

*Third*, the Court should dismiss Su's claims against HMMA for failure to state a claim under Rule 12(b)(6) because Su's claims for injunctive relief are time barred under the two-year statute of limitations contained in 29 U.S.C. § 255.

*Fourth*, the Court should dismiss HMMA under Rule 12(b)(6) because Su's service as Acting Secretary of Labor is unconstitutional, meaning she is not authorized to file this action and therefore cannot state any claim against HMMA under Section 212.

*Fifth*, if the Court does not dismiss Su's claims against HMMA, the Court should, in the alternative, strike pursuant to Rule 12(f) Su's vague, unspecified allegations of additional FLSA violations.

Respectfully submitted this 3rd day of October 2024.

                      /s/ Matthew H. Lembke
                      Matthew H. Lembke (ASB-5537-E41M)
                      William C. Athanas (ASB-4639-A59A)
                      T. Matthew Miller (ASB-2129-I66T)
                      BRADLEY ARANT BOULT CUMMINGS LLP
                      1819 Fifth Avenue North
                      Birmingham, AL 35203-2119
                      Telephone:  (205) 521-8000
                      Facsimile: (205) 521-8800
                      mlembke@bradley.com
                      bathanas@bradley.com
                      mmiller@bradley.com

                      Charles A. Stewart III (ASB-4955-A56C)
                      BRADLEY ARANT BOULT CUMMINGS LLP
                      445 Dexter Avenue, Suite 9075
                      Montgomery, AL 36104
                      Telephone:  (334) 956-7700
                      Facsimile: (334) 956-7701
                      cstewart@bradley.com

                      ***Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Attorneys for Plaintiff***
Thomas J. Motzny, Esq.
Kristin A. Forbes, Esq.
DEPARTMENT OF LABOR
Office of the Solicitor
618 Church Street, Suite 230
Nashville, TN 37219
motzny.thomas.j@dol.gov
forbes.kristin.a@dol.gov

***Attorney for Defendant***
***Best Practice Service, LLC***
Shannon L. Holliday, Esq.
COPELAND FRANCO SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
holliday@copelandfranco.com

***Attorney for Defendant***
***Smart Alabama, LLC***
Ingu Hwang, Esq.
BURR & FORMAN, LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
ihwang@burr.com

                                      */s/ Matthew H. Lembke*
                                      Matthew H. Lembke

4893-1249-2268.1