### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>*Plaintiff,*<br><br>v.<br><br>**HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, SMART ALABAMA, LLC, and BEST PRACTICE SERVICE, LLC,**<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.<br>2:24-cv-00325-ECM-SMD** |

## **MOTION TO WITHDRAW**

The undersigned, Matthew H. Lembke, respectfully moves the Court to withdraw as counsel for Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") in this action. HMMA will continue to be represented in this action by its other counsel of record.

Respectfully submitted this 29th day of August, 2025.

                                      */s/ Matthew H. Lembke*
                                      Matthew H. Lembke (ASB-5537-E41M)
                                      William C. Athanas (ASB-4639-A59A)
                                      T. Matthew Miller (ASB-2129-I66T)
                                      BRADLEY ARANT BOULT CUMMINGS LLP

        1819 Fifth Avenue North
        Birmingham, AL 35203-2119
        Telephone:  (205) 521-8000
        Facsimile: (205) 521-8800
        mlembke@bradley.com
        bathanas@bradley.com
        mmiller@bradley.com

        Charles A. Stewart III (ASB-4955-A56C)
        BRADLEY ARANT BOULT CUMMINGS LLP
        445 Dexter Avenue, Suite 9075
        Montgomery, AL 36104
        Telephone:  (334) 956-7700
        Facsimile: (334) 956-7701
        cstewart@bradley.com

        ***Attorneys for Defendant Hyundai Motor Manufacturing Alabama, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***Attorneys for Plaintiff***
Thomas J. Motzny, Esq.
Kristin A. Forbes, Esq.
DEPARTMENT OF LABOR
Office of the Solicitor
618 Church Street, Suite 230
Nashville, TN 37219
motzny.thomas.j@dol.gov
forbes.kristin.a@dol.gov

***Attorney for Defendant***
***Best Practice Service, LLC***
Shannon L. Holliday, Esq.
COPELAND FRANCO SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL 36101-0347
holliday@copelandfranco.com

***Attorney for Defendant***
***Smart Alabama, LLC***
Ingu Hwang, Esq.
BURR & FORMAN, LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
ihwang@burr.com

/s/ Matthew H. Lembke
Matthew H. Lembke