UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, <br> Secretary of Labor, United States <br> Department of Labor, <br> <br>     Plaintiff, <br> <br> v. <br> <br> HYUNDAI MOTOR MANUFACTURING <br> ALABAMA, LLC, SMART ALABAMA, LLC, <br> and BEST PRACTICE SERVICE, LLC, <br> <br>     Defendants. | Case No. 2:24-cv-00325-ECM |

## **STATUS UPDATE**

The Plaintiff, the Secretary of Labor, U.S. Department of Labor, in compliance with the Court's Order dated October 17, 2025, hereby gives notice to the Court that the undersigned attorneys are available to meet and confer regarding their discovery obligations.

[*Signatures on following page*.]

|  |  |
|---|---|
| | Respectfully submitted, |
| | JONATHAN BERRY<br>Solicitor of Labor |
| POST OFFICE ADDRESS: | TREMELLE I. HOWARD<br>Regional Solicitor |
| Office of the Solicitor<br>U. S. Department of Labor<br>618 Church Street, Suite 230<br>Nashville, Tennessee 37219<br>Telephone: 615/781-5330<br>nash.fedcourt@dol.gov<br>motzny.thomas.j@dol.gov<br>forbes.kristin.a@dol.gov | SCHEAN G. BELTON<br>Associate Regional Solicitor<br><br>MATT S. SHEPHERD<br>Counsel for Wage and Hour<br><br> /s/ Kristin A. Forbes<br>THOMAS J. MOTZNY<br>Tennessee Bar No. 027737<br>KRISTIN A. FORBES<br>Missouri Bar No. 68720<br>Trial Attorneys<br><br>U. S. Department of Labor<br>Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

I certify that on November 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all persons indicated on the electronic filing receipt.

/s/ Kristin A. Forbes
KRISTIN A. FORBES
Trial Attorney